USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/25/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

ROODY GELIN and NEVADA POSLEY,
*each on behalf of himself, FLSA Collective Plaintiffs, and the Class,*

                              Plaintiffs,

        -against-

HOME/LIFE SERVICES, INC.,

                              Defendants.

---------------------------------------------------------- x

1:19-cv-03066 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' settlement agreement and accompanying memorandum of law requesting approval of the settlement agreement. ECF No. 21. Having reviewed the settlement agreement, as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement. Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

Dated:   November 25, 2019
            New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**